**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**AMON PATTERSON**                                                                    **PETITIONER**

**V.**                                                    **CIVIL ACTION NO. 1:25-CV-00147-GHD-DAS**

**EDWARD EVANS**                                                              **RESPONDENT**

<u>**AMENDED ORDER RETURNING EXCESS PAYMENT**</u>

Petitioner Amon Patterson initiated this action by submitting a six-page handwritten filing which the Court originally construed as a complaint challenging the conditions of his confinement under 42 U.S.C. § 1983. Doc. # 1. After Patterson completed and returned the court's standard form for § 1983 complaints, *see* Doc. # 10, the Court determined that Patterson was actually seeking habeas relief under 28 U.S.C. § 2241, and converted the action accordingly. Doc. # 13. Before the Court determined Patterson was seeking habeas relief and converted the action, however, the Court granted Patterson's motion to proceed *in forma pauperis* ("IFP"). Doc. # 12. Because the order granting IFP was entered prior to the conversion to a habeas action, the order held Patterson responsible for paying the filing fee for a civil rights action and directed that a certain amount be collected from Patterson's inmate account each month and sent to the Court until the entirety was paid in full. *See id.* As the filing fee for a habeas action is only $5.00, the funds submitted to the Court in excess of that amount were improperly collected and should be returned.

It is, therefore, **ORDERED**:

1. That the record should reflect that the filing fee for this action should have been the ordinary $5.00 habeas filing fee;

2. That the Clerk of Court is **DIRECTED** to return any funds paid by Patterson *in excess of* the $5.00 habeas filing fee; and

3. That the **Alcorn County Correctional Facility-Custodian for Inmate Trust Accounts** or any other successive custodian is **DIRECTED** to cease collecting any funds from Patterson's inmate account for purposes of *this* action.

**SO ORDERED** this, the 21st day of April, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**